In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00105-CV

                                                ______________________________

 

 

                                        HENRY PEARSON,
Appellant

 

                                                                V.

 

                                       MICHAEL PEARSON, Appellee

 

 

                                                                                                  


 

 

                                         On Appeal from the 5th Judicial District Court

                                                             Bowie County, Texas

                                                      Trial Court No. 09C0698-005

 

                                                      
                                            

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                     MEMORANDUM 
OPINION

 

            On December
17, 2009, we mailed a letter to appellant, who is representing himself,
requesting that he show this Court how we had jurisdiction over this appeal
regarding a potential defect in that the judgment does not appear to dispose of
named defendants Pearson Realty Investments, L.L.C., or Porter-McClure Co.,
Inc., thereby depriving this Court of jurisdiction under Lehmann v. Harcon, 39 S.W.3d 191 (Tex. 2001).  

            In that
letter, we directed appellant to show this Court how we had jurisdiction and
informed him that if no response was received by December 28, 2009, the appeal
would be dismissed for want of jurisdiction. 
It is now January 21, 2010, and no response has been received.

            We dismiss
this appeal for want of jurisdiction.

 

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          January
21, 2010

Date Decided:             January
22, 2010